899 F.2d 1216
 Baird (Lawrence H., Rosearie C.)
v.
New Britain Twsp., New Britain Twsp. Bd. of Supervisors, New
Britain Twsp. Zon. Hearing Bd., Benner (Robert), Senica
(Carl), Cotton (Robert), Groshens (Frederick), Piccone
(Robert), Jastrzebski (Boleslaw), Bushkie (William), Bender
(Robert C.), Moyer (Andrew C.)
 NO. 89-1701
 United States Court of Appeals,
Third Circuit.
 MAR 23, 1990
 
 Appeal From: E.D.Pa.,
 Broderick, J.
 
 
 1
 AFFIRMED.